UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tasha Stuemke f/k/a Tasha Maks,                    Civ. No. 17-1929 (PAM/FLN)

      Plaintiff,

v.                                                                          **ORDER**

G.C. Services L.P.,

      Defendant.

_____

      This matter is before the Court on a Joint Stipulation of Dismissal with Prejudice. (Docket No. 22.)   Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, without costs, disbursements, or attorney's fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: <u>May 16, 2018</u>

                                      *s/ Paul A. Magnuson*
                                       Paul A. Magnuson
                                       United States District Court Judge