# UNITED STATES DISTRICT COURT
## District of Minnesota

Tasha Stuemke f/k/a Tasha Maks,

Plaintiff,

v.

G.C. Services L.P.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 17cv1929 PAM/FLN

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
This matter is DISMISSED with prejudice, without costs, disbursements, or attorney's fees to either party.

Date: 5/16/2018

KATE M. FOGARTY, CLERK

s/Jackie Ellingson
(By)   Jackie Ellingson, Deputy Clerk